

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| MANUEL ALEJANDRO VALMANA, | § | No. 08-18-00084-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D04663) |
|  | § |  |

**O R D E R**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **December 5, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BECONSIDERED BY THIS COURT.

It is further ORDERED that Erika C. Wright, Official Court Reporter for the 210th District Court, for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before December 5, 2018.

IT IS SO ORDERED this 29th day of November, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.